UNITED STATES of America, Plaintiff–Appellee,

v.

John C. CURTISS, Defendant–Appellant.

No. 14–6107.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2014.

Decided: June 6, 2014.

John C. Curtiss, Appellant Pro Se. Jessica D. Aber, Office of the United States Attorney, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John C. Curtiss appeals the district court's order denying his motion to correct an illegal sentence under former Fed.R. Crim.P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Curtiss,* No. 3:87–cr–00112–JAG–1 (E.D.Va. Jan. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*